10/16/2009 10:15 FAX 5048838812      SF RIVERSIDE SHU                ☒003/007
   10/13/2009 13:35 FAX 18007264083         LA ICC                      ☒003/007

# CITATION

ARMAND J LABOURDETTE SR

Versus

STATE FARM FIRE AND CASUALTY COMPANY, ET AL



Case: 2009-0003472
Division: C
21st Judicial District Court
Parish of Tangipahoa
State of Louisiana

BY

To: STATE FARM FIRE AND CASUALTY COMPANY
THRU LA SECRETARY OF STATE
8585 ARCHIVES AVENUE
BATON ROUGE, LA 70809

Parish of EAST BATON ROUGE

SERVED ON
JAY DARDENNE

OCT 08 2009

SECRETARY OF STATE
COMMERCIAL DIVISION

**YOU ARE HEREBY SUMMONED** to comply with the demand contained in the Petition of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the Twenty-First Judicial District Court in and for the Parish of Tangipahoa, State of Louisiana within fifteen (15) days after the service hereof, under penalty of default.

This service was ordered by attorney MARK M BONURA and was issued by the Clerk of Court on October 2, 2009.

<u>Pleading Served</u>

PETITION FOR DAMAGES

S/BARBARA YERBY
_____
Deputy Clerk of Court for
Julian E. Dufreche, Clerk of Court

### Service Information

Received on the _____ day of _____, 20___ and on the _____ day of _____, 20___ served the above named party as follows:

Personal Service on the party herein named _____

Domiciliary Service on the party herein named by leaving the same at his/her domicile in the parish in the hands of _____, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his/her residence at the time of said service.

Returned:
Parish of _____ this _____ day of _____, 20___.

Service    $_____
                                    By: _____
Mileage    $_____                    Deputy Sheriff

Total      $_____

RECEIVED **PREPAID**
OCT 13 2009
BATON ROUGE
OPERATIONS CENTER
[ SERVICE ]



EXHIBIT A

10/16/2009 10:15 FAX  5048838812         SF RIVERSIDE SHU                    ☒002/007

10/13/2009 13:35 FAX  18007264093        LA ICC                              ☒002/007

# STATE OF LOUISIANA
# SECRETARY OF STATE

LEGAL SERVICES SECTION
P.O. BOX 94125, BATON ROUGE, LA 70804-9125
(225) 922-0415

10/09/09

STATE FARM FIRE & CASUALTY COMPANY
STATE FARM INSURANCE COMPANIES
KEVIN BARRAS
2370 TOWNE CENTER BLVD.
BATON ROUGE, LA 70806

SUIT NO: 20090003472
21ST JUDICIAL DISTRICT COURT
PARISH OF TANGIPAHOA

ARMAND J LABOURDETTE SR.
vs
STATE FARM FIRE AND CASUALTY CO
STATE FARM INSURANCE COMPANIES

LEGAL DOCUMENT ROUTING
UNIT: P2
OFFICE:
REP: J Lorrquette
CLAIM #: 18 V4260 189

Dear Sir/Madam:

I am enclosing citation served in regard to the above entitled proceeding.
Please call the attorney that filed this document if you have any questions
regarding this proceeding. If you received this document in error, please
return it to the above address with a letter of explanation.

Yours very truly,

JAY DARDENNE
Secretary of State

Served on: JAY DARDENNE            Date: 10/08/09 at 3:00 PM
Served by: J. BROWN                Title: DEPUTY SHERIFF

================================================================
Received    Number      Date        Paid By              Amount
CHECK/M.O.  2282        9/23/09     CORONA & BONURA      25.00

ADM                     $50
================================================================

RECEIVED BY                          NO. 734839
OCT 13 2009
BATON ROUGE
OPERATIONS CENTER



TWENTY-FIRST JUDICIAL DISTRICT COURT

FOR THE PARISH OF TANGIPAHOA

STATE OF LOUISIANA

NO. 2009-0003472          DIVISION " C "

ARMAND J. LABOURDETTE, SR.

VERSUS

STATE FARM FIRE AND CASUALTY COMPANY and
STATE FARM FIRE AND CASUALTY OF BLOOMINGTON, ILLINOIS

FILED: September 23, 2009         _____
                                        DEPUTY CLERK

### PETITION FOR DAMAGES

The petition of Armand J. Labourdette, Sr., a person of the full age of majority and resident of the County of Baldwin, State of Alabama, with respect represents:

I.

Named defendants herein are:

1. STATE FARM FIRE AND CASUALTY COMPANY, (hereinafter "State Farm"), who, upon information and belief, is a foreign insurance corporation authorized to do and doing business in the State of Louisiana; and

2. STATE FARM FIRE AND CASUALTY COMPANY OF BLOOMINGTON, ILLINOIS, (hereinafter "State Farm of Bloomington"), who, upon information and belief, is a foreign insurance corporation authorized to do and doing business in the State of Louisiana.

II.

This court has subject matter jurisdiction and venue is proper for this action. At all material times herein, the subject property was situated in this Parish and State.

III.

Said defendants, State Farm and/or State Farm of Bloomington, is/are justly and truly indebted unto petitioner herein for the claims, losses and damages set forth herein, together with legal interest from the date of judicial demand, for all costs of these proceedings, for attorney's fees, and for all other general and equitable relief, for the following reasons, to-wit:

SCANNED

09/23/2009 14:53 5048337630 CROWN TITLE PAGE 04/06

IV.

Defendant(s), State Farm and/or State Farm of Bloomington, issued a policy of insurance providing coverage to petitioner's property situated at 42068 Fire Tower Road, Ponchatoula, Louisiana, in Tangipahoa, Louisiana.

V.

At all material times herein, said policy issued by defendant(s), State Farm and/or State Farm of Bloomington, was in full force and effect, insuring Petitioner against damages and losses to the property situated at 42068 Fire Tower Road in Ponchatoula, Tangipahoa Parish, Louisiana. More specifically, petitioner was insured under Policy Number 98-CK-7252-6260.

VI.

Said policy provided for coverage in the amount of one hundred seventy-five thousand six hundred and 00/100 ($175,600.00) dollars for dwelling, one hundred twenty-two thousand nine hundred twenty and 00/100 ($122,920.00) dollars for personal property, and actual loss for loss of use.

VII.

On September 24, 2007, a fire occurred at petitioner's dwelling at 42068 Fire Tower Road in Ponchatoula, Louisiana. As a result thereof, petitioner's property was seriously damaged. More specifically, petitioner's dwelling sustained damage to the structure and petitioner's personal property found therein was destroyed.

VIII.

Petitioner submitted a claim and a proof of loss to defendant, State Farm and/or State Farm of Bloomington, thereafter in compliance with the terms of its policy of insurance therewith.

IX.

Defendant, State Farm and/or State Farm of Bloomington's evaluation and handling of this matter has been grossly negligent and in breach of its duty to Petitioner herein. More specifically, Defendant, State Farm and/or State Farm of Bloomington, initially refused to pay petitioner's claim, alleging arson, and calling for an investigation into the cause of the fire. Defendant, State Farm and/or State Farm of Bloomington,

09/23/2009 WED 15:34 [TX/RX NO 8845] @004

File#:

failed to adequately evaluate petitioner's claim and failed to adequately follow the investigation, arbitrarily and capriciously denying petitioner's claim: Petitioner here was required to seek legal counsel to defend his position and to resolve his claim. Defendant, State Farm and/or State Farm of Bloomington, has arbitrarily and capriciously refused to pay petitioner for additional items claimed despite being provided with evidence of the proof of loss. Petitioner herein complied with all request only to be met with additional requests for information at the eleventh hour.

X.

As a result of defendant, State Farm and/or State Farm of Bloomington's, continued delay in handling this claim and/or retardation in the settlement thereof, petitioner incurred substantial additional expense.

XI.

Defendant, State Farm and/or State Farm of Bloomington, has acted arbitrary and capricious and in bad faith in the handling of Petitioner's claim in failing to settle same within a reasonable time, in requesting additional information after being provided with documentation which was sought, in failing to comply with the terms of its policy with petitioner herein, and any other ways which may be proven at the trial of this matter. Accordingly, petitioner is entitled to punitive damages and/or attorney fees under the provisions of La.R.S. 22:1973, La. R.S. 22:1892, or any other applicable statute.

XII.

Petitioner avers amicable demand, but to no avail.

**WHEREFORE**, Petitioner, Armand J. Labourdette, Sr., prays that defendants, State Farm Fire and Casualty Company and State Farm Fire and Casualty Company of Bloomington, Illinois, be duly cited and served with a copy of this petitioner and, after all legal delays and due proceedings had, that there be judgment in favor of Petitioner, Armand J. Labourdette, Sr., and against the Defendant, State Farm Fire and Casualty Company and/or State Farm Fire and Casualty Company of Bloomington, Illinois, in an amount as is reasonable under the premises, together with legal interest thereon from date of judicial demand, until paid, and for all costs of these proceedings.

Petitioners further pray for all general and equitable relief.

Respectfully submitted,

CORONA & BONURA, L.L.P.

*[signature]*

Sharon Ingram Corona (La. Bar # 24058)
Mark M. Bonura (La. Bar # 24027)
3801 N. Causeway Blvd., Ste. 207
Metairie, LA 70002
(504) 833-8949
Fax: (504) 833-7630

PLEASE SERVE:

State Farm Fire and Casualty Insurance Company,
through its agent for service of process,
Louisiana Secretary of State
8585 Archives Ave.
Baton Rouge, LA 70809

State Farm Fire and Casualty Insurance Company of Bloomington, Illinois,
through its agent for service of process,
Louisiana Secretary of State
8585 Archives Ave.
Baton Rouge, LA 70809

09/23/2009  14:53  5048337630                CROWN TITLE                               PAGE  02/06

**CORONA & BONURA, L.L.P.**
3801 N. Causeway Blvd., Ste. 207
Metairie, LA 70002
(504) 833-8949   Fax (504) 833-7630

Sharon Ingram Corona
Mark M. Bonura

September 23, 2009                                    Via Facsimile
                                                      (985) 748-6746

Clerk of Court
21st Judicial District Court
for the Parish of Tangipahoa
P.O. Box 667
Amite, LA 70422

RE:   Armand J. Labourdette, Sr. v. State Farm, et al.

Dear Clerk of Court:

Please find attached a Petition for Damages for fax filing. As per my conversation with your offices of this afternoon, the original along with two services copies, a copy for our offices, and checks will be forthcoming.

I thank you in advance for your assistance in this matter. Should you have any questions regarding same, please do not hesitate to give our offices a call.

Yours very truly,

*[signature]*

Mark M. Bonura

attachment

SCANNED

09/23/2009 WED 15:34 [TX/RX NO 8845] ☑002

File#:

09/23/2009 16:23 FAX  985 748 6746        TPCOC CIVIL DIVISION                    ☒001/001

## FAX FILING CONFIRMATION

ARMAND J LABOURDETTE SR.                                           *New Suit*

Versus                                                             21st *Judicial District Court*
                                                                   *Parish of Tangipahoa*
STATE FARM FIRE AND CASUALTY COMPANY                               *State of Louisiana*
AND STATE FARM FIRE AND CASUALTY OF
BLOOMINGTON, ILLINOIS

TAM

September 23, 2009

Att: MARK M BONURA
Fax Number: 504-833-7630

*We have received your fax filing of* PETITION FOR DAMAGES *on* SEPTEMBER 23, 2009. *Cost of filing said document will be* $338.00.

*Within 5 days, exclusive of legal holidays, of the above mentioned receipt date you are required to forward the following:*
  a. *Original signed document*
  b. *Applicable filing fee*
  c. *Transmission fee of $5.00 (included in above filing fee)*
*If you fail to comply with the requirements above the fax filing shall have no force or effect (R.S. 13:850)*

*A suit number and division will not be assigned until the requirements above are met.*

☒ *Please remit additional check(s) made payable to and in the amount requested below:*

*SHERIFF OF EAST BATON ROUGE*            $58.72

*SECRETARY OF STATE*                     $50.00

*

*

*

Deputy Clerk of Court for
Julian E. Dufreche, Clerk of Court

SCANNED

File#:

09/23/2009  14:53    5048337630              CROWN TITLE                    PAGE  01/06

3801 N. Causeway Blvd.
Ste. 207
Metairie, LA 70002
(504) 833-8949   Fax: (504) 833-7630


Corona & Bonura, LLP


# Fax

**To:** Clerk of Court—Parish of Tangipahoa

**From:** Mark M. Bonura

**Fax:** 958-748-6746            **Pages:** 6, including cover

**Phone:**                       **Date:** September 23, 2009

**Re:** Armand J. Labourdette, Sr. v. State Farm, et al.

☐ Urgent   ☐ For Review   ☐ Please Comment   ☐ Please Reply

● Comments:

The information contained in this facsimile message is <u>attorney-client privileged and confidential</u>, intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone, and return the original message to us at the above address via the U. S. Postal Service.

09/23/2009 WED 15:34 [TX/RX NO 8845] ☑001

File#:

FAX FILED
September 23, 2009

C

TWENTY-FIRST JUDICIAL DISTRICT COURT

FOR THE PARISH OF TANGIPAHOA

STATE OF LOUISIANA

NO. 2009-0003472                                     DIVISION "    "

ARMAND J. LABOURDETTE, SR.

VERSUS

STATE FARM FIRE AND CASUALTY COMPANY and
STATE FARM FIRE AND CASUALTY OF BLOOMINGTON, ILLINOIS

FILED: October 02, 2009                              /s/ Barbara Gerley
                                                     DEPUTY CLERK



## PETITION FOR DAMAGES

The petition of Armand J. Labourdette, Sr., a person of the full age of majority and resident of the County of Baldwin, State of Alabama, with respect represents:

I.

Named defendants herein are:

1. **STATE FARM FIRE AND CASUALTY COMPANY**, (hereinafter "State Farm"), who, upon information and belief, is a foreign insurance corporation authorized to do and doing business in the State of Louisiana; and

2. **STATE FARM FIRE AND CASUALTY COMPANY OF BLOOMINGTON, ILLINOIS**, (hereinafter "State Farm of Bloomington"), who, upon information and belief, is a foreign insurance corporation authorized to do and doing business in the State of Louisiana.

II.

This court has subject matter jurisdiction and venue is proper for this action. At all material times herein, the subject property was situated in this Parish and State.

III.

Said defendants, State Farm and/or State Farm of Bloomington, is/are justly and truly indebted unto petitioner herein for the claims, losses and damages set forth herein, together with legal interest from the date of judicial demand, for all costs of these proceedings, for attorney's fees, and for all other general and equitable relief, for the following reasons, to-wit:

SCANNED

File#:

# CITATION

ARMAND J LABOURDETTE SR

Versus

STATE FARM FIRE AND CASUALTY COMPANY, ET AL

Case: 2009-0003472
Division: C
21st Judicial District Court
Parish of Tangipahoa
State of Louisiana

BY

To: STATE FARM FIRE AND CASUALTY COMPANY
THRU LA SECRETARY OF STATE
8585 ARCHIVES AVENUE
BATON ROUGE, LA  70809

Parish of EAST BATON ROUGE

**YOU ARE HEREBY SUMMONED** to comply with the demand contained in the Petition of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the Twenty-First Judicial District Court in and for the Parish of Tangipahoa, State of Louisiana within fifteen (15) days after the service hereof, under penalty of default.

This service was ordered by attorney MARK M BONURA and was issued by the Clerk of Court on October 2, 2009.

Pleading Served

PETITION FOR DAMAGES

_____
Deputy Clerk of Court for
Julian E. Dufreche, Clerk of Court

## Service Information

Received on the _____ day of _____, 20_____ and on the _____ day of _____, 20_____ served the above named party as follows:

Personal Service on the party herein named _____.

Domiciliary Service on the party herein named by leaving the same at his/her domicile in the parish in the hands of _____, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his/her residence at the time of said service.

Returned:
Parish of _____ this _____ day of _____, 20_____.

Service      $_____
                              By: _____
Mileage      $_____              Deputy Sheriff

Total        $_____

[ FILE ]

File#:

## FAX FILING CONFIRMATION

ARMAND J LABOURDETTE SR.

Versus

STATE FARM FIRE AND CASUALTY COMPANY
AND STATE FARM FIRE AND CASUALTY OF
BLOOMINGTON, ILLINOIS



New Suit
2009 - 3472

21st Judicial District Court
Parish of Tangipahoa
State of Louisiana

TAM

September 23, 2009

Att: MARK M BONURA
Fax Number: 504-833-7630

We have received your fax filing of PETITION FOR DAMAGES on SEPTEMBER 23, 2009. Cost of filing said document will be $338.00.

Within 5 days, exclusive of legal holidays, of the above mentioned receipt date you are required to forward the following:
   a. Original signed document
   b. Applicable filing fee
   c. Transmission fee of $5.00 (included in above filing fee)
If you fail to comply with the requirements above the fax filing shall have no force or effect (R.S. 13:850)

A suit number and division will not be assigned until the requirements above are met.

☒ Please remit additional check(s) made payable to and in the amount requested below:

*SHERIFF OF EAST BATON ROUGE          $58.72

*SECRETARY OF STATE                   $50.00

*

*

*

SCANNED

Deputy Clerk of Court for
Julian E. Dufreche, Clerk of Court

File#:

# CITATION

ARMAND J LABOURDETTE SR

Versus

STATE FARM FIRE AND CASUALTY COMPANY, ET AL

Case: 2009-0003472
Division: C
21st Judicial District Court
Parish of Tangipahoa
State of Louisiana

BY

To: STATE FARM FIRE AND CASUALTY INSURANCE COMPANY OF BLOOMINGTON ILLINOIS
THRU LA SECRETARY OF STATE
8585 ARCHIVES AVE
BATON ROUGE, LA  70809

Parish of EAST BATON ROUGE

YOU ARE HEREBY SUMMONED to comply with the demand contained in the Petition of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the Twenty-First Judicial District Court in and for the Parish of Tangipahoa, State of Louisiana within fifteen (15) days after the service hereof, under penalty of default.

This service was ordered by attorney MARK M BONURA and was issued by the Clerk of Court on October 2, 2009.

Pleading Served

PETITION FOR DAMAGES

_____
Deputy Clerk of Court for
Julian E. Dufreche, Clerk of Court

## Service Information

Received on the _____ day of _____, 20_____ and on the _____ day of _____, 20_____ served the above named party as follows:

Personal Service on the party herein named _____.

Domiciliary Service on the party herein named by leaving the same at his/her domicile in the parish in the hands of _____, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his/her residence at the time of said service.

Returned:
Parish of _____ this _____ day of _____, 20_____.

Service      $_____
                                    By: _____
Mileage      $_____              Deputy Sheriff

Total        $_____

[ FILE ]

File#:

IV.

Defendant(s), State Farm and/or State Farm of Bloomington, issued a policy of insurance providing coverage to petitioner's property situated at 42068 Fire Tower Road, Ponchatoula, Louisiana, in Tangipahoa, Louisiana.

V.

At all material times herein, said policy issued by defendant(s), State Farm and/or State Farm of Bloomington, was in full force and effect, insuring Petitioner against damages and losses to the property situated at 42068 Fire Tower Road in Ponchatoula, Tangipahoa Parish, Louisiana. More specifically, petitioner was insured under Policy Number 98-CK-7252-6260.

VI.

Said policy provided for coverage in the amount of one hundred seventy-five thousand six hundred and 00/100 ($175,600.00) dollars for dwelling, one hundred twenty-two thousand nine hundred twenty and 00/100 ($122,920.00) dollars for personal property, and actual loss for loss of use.

VII.

On September 24, 2007, a fire occurred at petitioner's dwelling at 42068 Fire Tower Road in Ponchatoula, Louisiana. As a result thereof, petitioner's property was seriously damaged. More specifically, petitioner's dwelling sustained damage to the structure and petitioner's personal property found therein was destroyed.

VIII.

Petitioner submitted a claim and a proof of loss to defendant, State Farm and/or State Farm of Bloomington, thereafter in compliance with the terms of its policy of insurance therewith.

IX.

Defendant, State Farm and/or State Farm of Bloomington's evaluation and handling of this matter has been grossly negligent and in breach of its duty to Petitioner herein. More specifically, Defendant, State Farm and/or State Farm of Bloomington, initially refused to pay petitioner's claim, alleging arson, and calling for an investigation into the cause of the fire. Defendant, State Farm and/or State Farm of Bloomington,

failed to adequately evaluate petitioner's claim and failed to adequately follow the investigation, arbitrarily and capriciously denying petitioner's claim: Petitioner here was required to seek legal counsel to defend his position and to resolve his claim. Defendant, State Farm and/or State Farm of Bloomington, has arbitrarily and capriciously refused to pay petitioner for additional items claimed despite being provided with evidence of the proof of loss. Petitioner herein complied with all request only to be met with additional requests for information at the eleventh hour.

X.

As a result of defendant, State Farm and/or State Farm of Bloomington's, continued delay in handling this claim and/or retardation in the settlement thereof, petitioner incurred substantial additional expense.

XI.

Defendant, State Farm and/or State Farm of Bloomington, has acted arbitrary and capricious and in bad faith in the handling of Petitioner's claim in failing to settle same within a reasonable time, in requesting additional information after being provided with documentation which was sought, in failing to comply with the terms of its policy with petitioner herein, and any other ways which may be proven at the trial of this matter. Accordingly, petitioner is entitled to punitive damages and/or attorney fees under the provisions of La.R.S. 22:1973, La. R.S. 22:1892, or any other applicable statute.

XII.

Petitioner avers amicable demand, but to no avail.

**WHEREFORE**, Petitioner, Armand J. Labourdette, Sr., prays that defendants, State Farm Fire and Casualty Company and State Farm Fire and Casualty Company of Bloomington, Illinois, be duly cited and served with a copy of this petitioner and, after all legal delays and due proceedings had, that there be judgment in favor of Petitioner, Armand J. Labourdette, Sr., and against the Defendant, State Farm Fire and Casualty Company and/or State Farm Fire and Casualty Company of Bloomington, Illinois, in an amount as is reasonable under the premises, together with legal interest thereon from date of judicial demand, until paid, and for all costs of these proceedings.

Petitioners further pray for all general and equitable relief.

Respectfully submitted,

CORONA & BONURA, L.L.P.

Sharon Ingram Corona (La. Bar # 24058)
Mark M. Bonura (La. Bar # 24027)
3801 N. Causeway Blvd., Ste. 207
Metairie, LA 70002
(504) 833-8949
Fax: (504) 833-7630

PLEASE SERVE:

State Farm Fire and Casualty Insurance Company,
through its agent for service of process,
Louisiana Secretary of State
8585 Archives Ave.
Baton Rouge, LA 70809

State Farm Fire and Casualty Insurance Company of Bloomington, Illinois,
through its agent for service of process,
Louisiana Secretary of State
8585 Archives Ave.
Baton Rouge, LA 70809

File#:

```
09/23/2009 16:23 FAX   985 748 6746      TPCOC CIVIL DIVISION                    ☑001

                           *********************
                           ***   TX REPORT   ***
                           *********************

                TRANSMISSION OK

                TX/RX NO              2849
                RECIPIENT ADDRESS     15048337630
                DESTINATION ID
                ST. TIME              09/23 16:22
                TIME USE              00'27
                PAGES SENT            1
                RESULT                OK
```

## FAX FILING CONFIRMATION

ARMAND J LABOURDETTE SR.                                        New Suit

Versus                                                          21st Judicial District Court
                                                                Parish of Tangipahoa
STATE FARM FIRE AND CASUALTY COMPANY                            State of Louisiana
AND STATE FARM FIRE AND CASUALTY OF
BLOOMINGTON, ILLINOIS



TAM

September 23, 2009

Att: MARK M BONURA
Fax Number: 504-833-7630

*We have received your fax filing of PETITION FOR DAMAGES on SEPTEMBER 23, 2009. Cost of filing said document will be $338.00.*

*Within 5 days, exclusive of legal holidays, of the above mentioned receipt date you are required to forward the following:*
   a. *Original signed document*
   b. *Applicable filing fee*
   c. *Transmission fee of $5.00 (included in above filing fee)*

*If you fail to comply with the requirements above the fax filing shall have no force or effect (R.S. 13:850)*

*A suit number and division will not be assigned until the requirements above are met.*

☒ *Please remit additional check(s) made payable to and in the amount requested below:*

*SHERIFF OF EAST BATON ROUGE*         $58.72

*SECRETARY OF STATE*                  $50.00

                                                            SCANNED

*
*
*

File#:

# CORONA & BONURA, L.L.P.
3801 N. Causeway Blvd., Suite 207
Metairie, Louisiana 70002
Telephone: (504) 833-8949   Facsimile: (504) 833-7630

Sharon Ingram Corona, Attorney/Notary
Mark M. Bonura, Attorney/Notary

September 23, 2009

Clerk of Court
21st Judicial District Court
Parish of Tangipahoa
Attn: Civil Filing
P.O. Box 667
Amite, LA 70422-0667

Re:   Armand J. Labourdette, Sr. versus State Farm Fire and Casualty Company and State Farm Fire and Casualty of Bloomington, Illinois

To Whom It May Concern:

Please find enclosed Petition for Damages and three (3) copies thereof, which was this date filed by facsimile filing with the court in connection with the above referenced matter.

My checks in the amounts of $338.00 payable to the Clerk of Court and $58.72 payable to the Sheriff of East Baton Rouge and $50.00 payable to the Secretary of State are enclosed to cover costs of filing and service.

Please return a filed copy of the Petition for Damages to us in the envelope provided.

Should you have any questions concerning the enclosed or wish to discuss this matter further please feel free to contact the undersigned.

Thanking you in advance for your assistance and cooperation in this regard, I remain,

Yours very truly,

*Kathy L. Bordelon*
Kathy L. Bordelon, Secretary to
Mark M. Bonura

Enclosures: as indicated

klb

SCANNED

File#: